# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08mJ8328
 )
vs )  ABSTRACT OF ORDER
 )
 )  Booking No. 884 223
Julio Armando Inda )  @ ICJ
 )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of  4/25/08
the Court entered the following order:

✓ ____ Defendant be released from custody.
____ Defendant placed on supervised / unsupervised probation / supervised release.
____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
✓ ____ Defendant released on $ 20,000.00 bond posted.
____ Defendant appeared in Court. FINGERPRINT & RELEASE.
____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
____ Defendant sentenced to TIME SERVED, supervised release for ____ years.
____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
____ dismissing appeal filed.
____ Bench Warrant Recalled.
____ Defendant forfeited collateral.
____ Case Dismissed.
____ Defendant to be released to Pretrial Services for electronic monitoring.
____ Other. ____

**PETER C. LEWIS**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk

Received ____
DUSM

Crim-9   (Rev 6-95)

CLERKS' COPY

★ U.S. GPO: 1996-783-398/40151